In the Matter of RAYMOND ALVAREZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Chairman, Respondent.

Submitted November 28, 2011; decided March 22, 2012

Reported below, 85 AD3d 1468.

Motion to vacate this Court's October 24, 2011 dismissal order denied (*see* 17 NY3d 901 [2011]).

---

JULIETTE DeJOIE CADICHON et al., Appellants, v THOMAS FACELLE, M.D., et al., Respondents.

Submitted January 17, 2012; decided March 22, 2012

Reported below, 71 AD3d 520.

Motions for reargument denied with $100 costs and necessary reproduction disbursements [*see* 18 NY3d 230 (2011)].

---

CHAZON, LLC, Respondent, v MARGARET MAUGENEST, Appellant, et al., Defendants.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 81 AD3d 769.

Motion by Lower Manhattan Loft Tenants for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.